# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALBERTA K. HAMMOCK,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-795-Orl-31KRS**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

_____

# ORDER

On July 9, 2008, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 14), recommending that the decision of the Commissioner be REVERSED and the case be REMANDED for further proceedings. Defendant filed timely objections to the Report (Doc. 15). Plaintiff responded (Doc. 19). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further proceedings; and

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 27, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party